**Billy Joe FOWLER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27383.**

Court of Criminal Appeals of Texas.

Jan. 26, 1955.

———◆———

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Jr., Asst. Dist. Atty., Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery by assault; the punishment, five years in the state penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.